**FIFTH DIVISION**
**ELLINGTON, P. J., and MCFADDEN, P. J.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules

**December 1, 2017**

# In the Court of Appeals of Georgia

A15A0857. STEAGALD et al. v. EASON et al.

MCFADDEN, Presiding Judge.

In *Steagald v. Eason*, 300 Ga. 717 (797 SE2d 838) (2017), the Supreme Court of Georgia reversed our decision in *Steagald v. Eason*, 334 Ga. App. 113 (778 SE2d 366) (2015), affirming the trial court's grant of summary judgment to the defendants in this dog-bite case. Accordingly, we vacate our opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Dillard, C.J., and Ellington, P.J., concur.*